THOMAS TOBIN v. ROBERT RILEY.

July 8, 1988.

Petition for certification denied.

FRANK F. AND JOSEPHINE PASQUALE v. MR. AND
MRS. GEORGE B. YOUNG.

July 8, 1988.

Petition for certification granted and the matter is remanded
to the Appellate Division for it to determine whether the matter
should be further remanded to the Wood–Ridge Zoning Board
of Adjustment to permit a reopening of the application for its
reconsideration in light of *Medici v. BPR Co.*, 107 *N.J.* 1 (1987).

Jurisdiction is not retained.

PAUL KODAK v. SUN LIFE ASSURANCE
COMPANY OF CANADA.

July 8, 1988.

Petition for certification denied.

CLOVERDALE INVESTMENT CORPORATION v. MORSEMERE
FEDERAL SAVINGS & LOAN ASSN.

July 8, 1988.

Petition for certification denied.